United States District Court
Southern District of Texas
**ENTERED**
January 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANITA PRADO BUSTOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00003 |
| | § | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On December 5, 2023, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation" (D.E. 17), recommending that this action be reversed and remanded. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 17), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge.  Accordingly, Bustos's motion for summary judgment (D.E. 12) is **GRANTED IN PART**, the Commissioner's motion for summary judgment (D.E. 15) is **DENIED IN PART**, and the Commissioner's denial of supplemental security income is **REVERSED AND REMANDED** for further consideration.

**ORDERED** on January 4, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE