United States District Court
Southern District of Texas
**ENTERED**
April 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANITA PRADO BUSTOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00003 |
| | § | |
| MARTIN O'MALLEY, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM & RECOMMENDATION

On January 4, 2024, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner of Social Security's determination that Plaintiff Anita Prado Bustos was not disabled was vacated and Plaintiff's case was remanded to the Social Security Administration for further consideration of her application for benefits (D.E. 18). Now pending is Bustos's unopposed motion for attorney's fees brought pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (D.E. 19, 20). For the reasons discussed further below, it is recommended that the motion (D.E. 19) be **GRANTED**.

The undersigned specifically concludes that Bustos is the prevailing party, the position of the United States was not substantially justified, and there are no special circumstances that make an award of fees unjust. 28 U.S.C. § 2412(d)(1)(A). Moreover, the 43.6 hours spent by counsel, the cost-of-living adjustment, and the $9,563 in fees requested are appropriate and reasonable.

Accordingly, it is recommended that the application for EAJA fees (D.E. 19) be **GRANTED**. It is further recommended that Bustos's attorney of record be awarded the sum of $9,563 in attorney's fees pursuant to the EAJA. In accordance with *Astrue v. Ratliff*, 560 U.S. 586, 591-98 (2010), the attorney fee award should be made payable to Plaintiff, Antia Prado Bustos, and mailed in care of her attorney, Karl E. Osterhout.

Respectfully submitted on April 30, 2024.

_____
Julie K. Hampton
United States Magistrate Judge

### NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*); 28 U.S.C § 636(b)(1).